01

02

03

04

05

06                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
07                                    AT SEATTLE

08   UNITED STATES OF AMERICA,            )
                                          )   CASE NO. MJ 17-056
09          Plaintiff,                    )
                                          )
10          v.                            )
                                          )   DETENTION ORDER
11   THOMAS WEYER,                        )
                                          )
12          Defendant.                    )
     _____    )

13

14   <u>Offense charged</u>:      Felon in Possession of a Firearm

15   <u>Date of Detention Hearing</u>:    March 10, 2017.

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17   based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18   that no condition or combination of conditions which defendant can meet will reasonably assure

19   the appearance of defendant as required and the safety of other persons and the community.

20          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

21          1.      Defendant, having been previously convicted of the felony offense of Robbery,

22   is charged with possession of a firearm after a search warrant was served on defendant and his

DETENTION ORDER
PAGE -1

01   vehicle at his place of employment.   The AUSA proffers that defendant was in fugitive status

02   for several weeks after learning about the issuance of the warrant.   Another firearm and

03   ammunition was alleged recovered from defendant's residence at the time of arrest.

04          2.       The Pretrial Services report recites a number of incidents of threats of violence

05   allegedly made by defendant, and defendant was taken to the hospital after his arrest due to an

06   overdose of methamphetamine.

07          3.       Defendant poses a risk of nonappearance due to a prior failure to appear,

08   unemployment, unknown housing situation, drug use, and alleged fugitive status.   Defendant

09   poses a risk of danger due to the nature of the instant offense, allegations of threats of violence

10   toward co-workers and others, including arresting officers, and drug use.

11          4.       There does not appear to be any condition or combination of conditions that will

12   reasonably assure the defendant's appearance at future Court hearings while addressing the

13   danger to other persons or the community.

14   It is therefore ORDERED:

15     1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

16          General for confinement in a correction facility separate, to the extent practicable, from

17          persons awaiting or serving sentences or being held in custody pending appeal;

18     2.  Defendant shall be afforded reasonable opportunity for private consultation with

19          counsel;

20     3.  On order of the United States or on request of an attorney for the Government, the person

21          in charge of the corrections facility in which defendant is confined shall deliver the

22          defendant to a United States Marshal for the purpose of an appearance in connection

01 | with a court proceeding; and

02 | 4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

03 | for the defendant, to the United States Marshal, and to the United State Pretrial Services

04 | Officer.

05 | DATED this 10th day of March, 2017.

06

07 | _____
Mary Alice Theiler

08 | United States Magistrate Judge

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3