UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR17-081-RSL |
|---|---|
| Plaintiff, | [PROPOSED] |
| v. | |
| THOMAS WEYER, | PRELIMINARY ORDER OF FORFEITURE |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for a Preliminary Order of Forfeiture ("Motion") seeking to forfeit, to the United States, Defendant Thomas Weyer's interest in the following property:

- One Winchester Model 200 12-gauge short-barreled shotgun and all associated ammunition.

The Court, having reviewed the papers and pleadings filed in this matter, including the United States' Motion, hereby FINDS entry of a Preliminary Order of Forfeiture is appropriate because:

- The above-identified shotgun is forfeitable pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), as it was involved in a violation of 26 U.S.C. § 5861(d);

1  • Pursuant to the plea agreement he entered on April 20, 2017, the Defendant
2    has agreed to forfeit the shotgun and associated ammunition (Dkt. No. 23,
3    ¶ 9).

4  NOW, THEREFORE, THE COURT ORDERS:

5  1)  Pursuant to his plea agreement, 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c),
6  the Defendant's interest in the above-identified shotgun and ammunition is fully and
7  finally forfeited, in its entirety, to the United States;

8  2)  Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)-(B), this Preliminary Order will
9  be final as to the Defendant at the time he is sentenced; it will be made part of the
10 sentence; and, it will be included in the judgment;

11  3)  The United States Department of Justice, and/or its authorized agents or
12 representatives, shall maintain the shotgun and ammunition in its custody and control
13 until further order of this Court;

14  4)  Pursuant to Fed. R. Crim. P. 32.2(b)(6) and 21 U.S.C. § 853(n), the
15 United States shall publish notice of this Preliminary Order and its intent to dispose of
16 this firearm as permitted by governing law. The notice shall be posted on an official
17 government website – currently www.forfeiture.gov – for at least thirty (30) days. For
18 any person known to have alleged an interest in the above-identified firearm, the
19 United States shall, to the extent possible, also provide direct written notice to that
20 person. The notice shall state that any person, other than the Defendant, who has or
21 claims a legal interest in the firearm must file a petition with the Court within 60 days of
22 the first day of publication of the notice (which is 30 days from the last day of
23 publication), or within 30 days of receipt of direct written notice, whichever is earlier.
24 The notice shall advise all interested persons that the petition:

25  a.  shall be for a hearing to adjudicate the validity of the petitioner's alleged
26      interest in the shotgun and ammunition;

27  b.  shall be signed by the petitioner under penalty of perjury; and,

28

Preliminary Order of Forfeiture - 2
U.S. v. Weyer, CR17-081-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

c.   shall set forth the nature and extent of the petitioner's right, title or interest in the shotgun and ammunition, as well as any facts supporting the petitioner's claim and the specific relief sought.

5)   If no third-party petition is filed within the allowable time period, the United States shall have clear title to the shotgun and ammunition, and this Preliminary Order shall become the Final Order of Forfeiture as provided by Fed. R. Crim. P. 32.2(c)(2);

6)   If a third-party petition is filed, upon a showing that discovery is necessary to resolve factual issues it presents, discovery may be conducted in accord with the Federal Rules of Civil Procedure before any hearing on the petition is held. Following adjudication of any third-party petitions, the Court will enter a Final Order of Forfeiture, pursuant to Fed. R. Crim. P. 32.2(c)(2) and 21 U.S.C. § 853(n), reflecting that adjudication; and,

7)   The Court will retain jurisdiction for the purpose of enforcing this Preliminary Order, adjudicating any third-party petitions, entering a Final Order of Forfeiture, and amending the Preliminary or Final Order as necessary pursuant to Fed. R. Crim. P. 32.2(e).

DATED this ___ day of _____, 2017.

_____
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

///

///

Preliminary Order of Forfeiture - 3
*U.S. v. Weyer*, CR17-081-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   Presented by:

2

3   *[signature]*

4   MICHELLE JENSEN
     Assistant United States Attorney
5   United States Attorney's Office
6   700 Stewart Street, Suite 5220
     Seattle, WA 98101-1271
7   (206) 553-2242
8   Michelle.Jensen@usdoj.gov

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Preliminary Order of Forfeiture - 4
*U.S. v. Weyer*, CR17-081-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970