JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-081-RSL |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR TERMINATION OF SUPERVISED RELEASE |
| THOMAS WEYER, | |
| Defendant. | |

This matter has come before the Court on Mr. Weyer's motion to terminate his remaining period of supervised release. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a).

IT IS NOW ORDERED that Weyer's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this __1st__ day of __March_____, 2021.

_____/s/ Robert S. Lasnik_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Submitted by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Thomas Weyer

ORDER FOR TERMINATION
OF SUPERVISED RELEASE
(*USA v. Weyer* / CR17-081-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**